1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT
9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   WESLEY WILLIAM KESSLER,                    No.  2:15-cv-0607 MCE CKD P
12                   Plaintiff,
13          v.                                  ORDER
14   J. REY, et al.,
15                   Defendants.
16

17       On March 30, 2015, the undersigned issued findings and a recommendation that this

18   action be dismissed as duplicative.  (ECF No. 4.)  On the same day, plaintiff's consent to

19   Magistrate Judge jurisdiction over this action, pursuant to 28 U.S.C. § 636(c) and Local Rule 302,

20   was docketed.  (ECF No. 5.)

21       Accordingly, IT IS HEREBY ORDERED that:

22       1. The Clerk of Court is directed to: (a) redesignate the findings and recommendations

23   filed March 30, 2015 as an order and (b) withdraw the assignment of a district judge to this

24   action; and

25   ////
26   ////
27   ////
28   ////

1

2. For the reasons stated in the order filed March 30, 2015, this action is dismissed without prejudice.

Dated:  April 3, 2015

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / kess0607.ord